pellant. John J. Lordan, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified, by requiring the defendants, as a condition of leave to serve amended answers, to pay full costs of action to date, with leave to the plaintiff, within 10 days after service of such amended answers, upon compliance with this condition, to discontinue the action, without costs. As so modified, the order is affirmed, with $10 costs and disbursements to the appellant.

DOWNER, Respondent, v. SUSSMAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Kittie Downer against Matilda Sussman. No opinion. Judgment affirmed, with costs.

DRAZEN, Respondent, v. HUBER, et al., Appellants. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Morris Drazen against William D. Huber, as president, etc., and another. C. M. Beattie, of New York City, for appellants. A. Moscowitz, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DRUMMOND v. ALFRED E. NORTON CO. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Jennie Drummond against the Alfred E. Norton Company. No opinion. Motion granted. Order filed. See, also, 141 N. Y. Supp. 29.

DUFF, Appellant, v. QUEENSBRO HEIGHTS LAND CORPORATION, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by T. H. Walter Duff against the Queensbro Heights Land Corporation. No opinion. Order (79 Misc. Rep. 546, 140 N. Y. Supp. 254) modified, by striking therefrom the provision for judgment in favor of defendant (see Ventriniglia v. Eichner, 138 App. Div. 274, 122 N. Y. Supp. 966), and, as modified, affirmed, without costs.

DUFFY, Respondent, v. DUFFY, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Jane Duffy against Peter Duffy. I. N. Jacobson of New York City, for appellant. A. Gutman, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

DUGGAN v. STAGGS. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Catherine Duggan against Sylvester E. Staggs. No opinion. Motion denied, without costs. Order filed.

DUNN v. PURSSELL MFG. CO. et al. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Cora H. Dunn against the Purssell Manufacturing Company, in which Charles H. Maurice appeals. No opinion. Judgment affirmed, with costs.

DUPONT, Respondent, v. DELIVERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Sarah Dupont against the Delivery Company.

PER CURIAM. Judgment and order reversed, and a new trial granted, with costs to appellant to abide event. *Leld,* that the verdict is excessive.

KRUSE, J., dissents, and votes for affirmance. LAMBERT, J., not sitting.

EAGLE SAVINGS & LOAN CO., Respondent, v. COLLINS, appellant, et al. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by the Eagle Savings & Loan Company against Ada M. Collins and others. No opinion. Judgment and order affirmed, with costs. See, also, 154 App. Div. 946, 139 N. Y. Supp. 1122.

In re EARLEY (two cases). (Supreme Court, Appellate Division, First Department. April 25, 1913.) In the matter of Martin J. Earley and in the matter of Martin J. Earley, Jr. No opinion. Referred to official referee. Settle orders on notice.

In re ECKERT. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) In the matter of Claudine Eckert, an alleged incompetent person. No opinion. Motion for stay granted, without costs, on condition that the appellant stipulate for the appointment of a receiver until the rights of the parties are finally determined.

ECKERT v. PAGE et al. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by James G. Eckert against Richard C. Page, Jr., and others. No opinion. Motion granted, as stated in opinion per curiam. Settle order on notice.

EDINGER, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Norman Edinger, an infant, etc., against the City of Buffalo. No opinion. Motion for leave to appeal to Court of Appeals (from 140 N. Y. Supp. 1117) granted.

EICKHOFF, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Alfred W. Eickhoff against Edmund Elwin Hart. No opinion. Judgment and order unanimously affirmed, with costs.

ELLIS, Respondent, v. NEW YORK & L. I. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Sarah M. Ellis, as